```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: THERESA M. GUZMAN                    )
                                            )
BAC Home Loans Servicing, L.P. fka          )
Countrywide Home Loans Servicing, L.P.,     )
            Creditor,                       )
                                            )
    vs.                                     ) CASE NO. 08B02765
                                            ) JUDGE Pamela S. Hollis
THERESA M. GUZMAN,                          )
            Debtor                          )
```

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the February 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of March 23, 2009:

   a. Attorney's Fees    $250.00
   b. Suspense          -$1,351.40

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. rights to collect these amounts will be unaffected.

                        Respectfully Submitted,
                        BAC Home Loans Servicing, L.P. fka
                        Countrywide Home Loans Servicing, L.P.

                        /s/Christopher M. Brown
                        Christopher M. Brown
                        ARDC#6271138
                        Pierce and Associates, P.C.
                        1 North Dearborn
                        Suite 1300
                        Chicago, Illinois 60602
                        (312)346-9088